**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____   Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Black Diamond Developers, L.P.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-2846068 |
| 4. | Debtor's address | **Principal place of business**<br><br>**2807 Santa Erica Street**<br>**Mission, TX 78572**<br>Number, Street, City, State & ZIP Code<br><br>**Hidalgo**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1200 S. Shary Road Mission, TX 78572**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Black Diamond Developers, L.P.**   Case number (if known) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1). its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Black Diamond Developers, L.P.**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **CCC Operations, LLC**
District **Southern District of Texas**
When **11/03/22**
Relationship **Affiliate**
Case number, if known _____

**11. Why is the case filed in this district?**
Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
Check one:
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Black Diamond Developers, L.P.**  Case number (*if known*)
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Black Diamond Developers, L.P.**                                   Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 3, 2022**
MM / DD / YYYY

X *(signature)*                                    **Maria del Pilar Kamel**
Signature of authorized representative of debtor    Printed name

Title  **Member Black Diamond Developers GP, LLC, its general partner**

**18. Signature of attorney**

X *(signature)*                                    Date **November 3, 2022**
Signature of attorney for debtor                    MM / DD / YYYY

**Matthew B. Probus 16341200**
Printed name

**The Probus Law Firm**
Firm name

**10497 Town & Country Way, Suite 930**
**Houston, TX 77024**
Number, Street, City, State & ZIP Code

Contact phone **(713) 258-2700**     Email address **matthewprobus@theprobuslawfirm.com**

**16341200 TX**
Bar number and State

# WRITTEN CONSENT OF GENERAL PARTNER AND LIMITED PARTNERS OF BLACK DIAMOND DEVELOPERS, L.P.
## AUTHORIZING CHAPTER 11 BANKRUPTCY FILING

In accordance with the Texas Business Organizations Code (the "BOC") and the Limited Partnership Agreement of Black Diamond Developers, L.P. (the "Agreement"), the undersigned, constituting the general partner and all of the limited partners of Black Diamond Developers, L.P., a Texas limited partnership (the "Company"), hereby adopts the following resolutions to have the same force and effect as if adopted at a meeting of the general partner and limited partners of the Company, duly called and held under the relevant provisions of the BOC:

WHEREAS, the Company is insolvent and has its primary property threatened by creditors, it is:

RESOLVED, that the General Partner is authorized to cause the Company to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. Further it is:

RESOLVED, the General Partner, Black Diamond Developers GP, LLC, by and through its managing members, Miguel Kamel Aboumrad and Maria Del Pilar Kamel, and limited partner Joseph Kamel, are hereby authorized to act for the Company in the bankruptcy case.

IN WITNESS WHEREOF, this consent has been signed to be effective November 1, 2022.

GENERAL PARTNER:

BLACK DIAMOND DEVELOPERS GP, LLC

By: _____
Miguel Kamel Aboumrad,
Managing Member

By: _____
Maria Del Pilar Kamel,
Managing Member

1

LIMITED PARTNERS:

By: _____
Miguel Kamel Aboumrad
(19% interest)

By: _____
Maria Del Pilar Kamel
(40% interest)

By: _____
Joseph Kamel
(20% interest)

By: _____
Daniel Kamel
(20% interest)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLACK DIAMOND DEVELOPMENT, LP, | § | CASE NO. 22-_____ |
| | § | (Chapter 11) |
| Debtor. | § | (Joint Administration Requested) |

**LIST OF CREDITORS**

CCC Operations
2807 Santa Erica Street
Mission, TX 78572

FGMS Holdings, LLC
8401 Datapoint Dr., Suite 1000
San Antonio, TX 78229

Hidalgo County Tax Assessor
P.O. Box 178
Edinburg, TX 78540

Homeowners' Association of Cimarron, Inc
c/o Peralez Franz LLP
1416 Dove Ave.
McAllen, TX 78504

Joseph F. Phillips
c/o Earl & Associates, PC
10007 Huebner Rd., Suite 303
San Antonio, TX 78240

Keith Moore
c/o Peralez Franz, LLP
1416 Dove Ave.
McAllen, TX 78504

Moore, Lyles, McCarty & McGilvray, LLC
501 W. Nolana Avene
McAllen, TX 78504

Ovation Services, LLC
P.O. Box 8549
Pompano Beach, FL 33065-8549