**Fill in this information to identify the case:**

Debtor name  **Black Diamond Developers, L.P.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $    **2,725,852.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. $    **221,831.49**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. $    **2,947,683.49**

**Part 2:    Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **166,848.80**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................. $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$    **2,500.00**

4.  **Total liabilities**
    Lines 2 + 3a + 3b     $    **169,348.80**

**Fill in this information to identify the case:**

Debtor name     **Black Diamond Developers, L.P.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   3.1.   **International Bank of Commerce**          **Business Checking**          6328          $26.49

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**          $26.49
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

Debtor **Black Diamond Developers, L.P.**
Name

Case number *(If known)*

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Clubhouse furniture (See Exhibit 1) | Unknown | Comparable sale | $34,000.00 |
| | 6 round outdoor patio tables | Unknown | Comparable sale | $600.00 |
| | 18 exterior patio chairs | Unknown | Comparable sale | $450.00 |
| | 12 outdoor pool lounge chairs | Unknown | Comparable sale | $360.00 |
| | 8 cafe dining tables | Unknown | Comparable sale | $480.00 |
| | 22 cafe dining chairs | Unknown | Comparable sale | $660.00 |
| | 18 lobby chairs | Unknown | Comparable sale | $720.00 |
| | 6 marble accent tables | Unknown | Comparable sale | $240.00 |
| | 1 reception desk | Unknown | Comparable sale | $250.00 |
| | 1 storage shelf | Unknown | Comparable sale | $150.00 |
| | 1 reception desk - golf pro shop | Unknown | Comparable sale | $150.00 |
| | 20 assorted golf merchandise displays | Unknown | Comparable sale | $600.00 |

| Debtor | **Black Diamond Developers, L.P.** | | Case number *(if known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | 1 office desk in golf pro shop | Unknown | Comparable sale | $150.00 |
| | 1 office chair - golf pro shop | Unknown | Comparable sale | $100.00 |
| | 2 lounge chairs - golf pro shop | Unknown | Comparable sale | $100.00 |
| | 1 filing cabinet - golf pro shop | Unknown | Comparable sale | $40.00 |

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**IT equipment and electronics (See Exhibit 2)** | Unknown | Comparable sale | $15,140.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $54,190.00 |
|---|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Restaurant and bar machinery and large equipment (See Exhibit 3)** | Unknown | Comparable sale | $44,450.00 |
| **Restaurant tools, small equipment, and supplies (See Exhibit 4)** | Unknown | Comparable sale | $15,035.00 |

Debtor   **Black Diamond Developers, L.P.**
         Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| Golf course machinery (See Exhibit 5) | Unknown | Comparable sale | $71,025.00 |
| Sports Center Equipment (See Exhibit 6) | Unknown | Comparable sale | $34,100.00 |
| Sports Workout Equipment (See Exhibit 7) | Unknown | Comparable sale | $3,005.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $167,615.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property and improvements on a tract of land out of Cimarron Country Club, Phase I, Sections I, II, III, and IV, additions to the City of Mission, Hidalgo County, Texas, According to the resubdivision maps thereof recorded in Volume 23, Pages 198, 199, and 200 and Volume 24, Page 1, Map Records of Hidalgo County, Texas.** | Fee simple | Unknown | Tax records | $2,355,873.00 |

Debtor **Black Diamond Developers, L.P.**      Case number *(if known)* _____
      Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **Real property and improvements located at Palm Valley Groves Inc. UT 2 E12.203 AC-W 31.383AC & E2.46AC 14.663AC Net** | Fee simple | Unknown | Tax records | $346,057.00 |
| 55.3. | **Real property located at John H. Shary 8.86 acres AN IRR TR Lot 142** | Fee simple | Unknown | Tax records | $23,922.00 |

| 56. | **Total of Part 9.** | $2,725,852.00 |
|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☐ No
     ■ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No. Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ■ Yes Fill in the information below.

                                                        **Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **Black Diamond Developers, L.P.**                                Case number *(if known)*
_____
Name

| **Possible tort claims against Homeowners Association of Cimarron, Inc., Joseph F. Phillips, Keith Moore, Ricardo Lee Salinas, Larry Fair, Norrie Gonzalez, Armando O'Cana, Jaime Acevedo, Jessica Ortega, and City of Mission** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | **$0.00** |

| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
|---|---|---|
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

Debtor    **Black Diamond Developers, L.P.**                                    Case number *(If known)* _____
              Name

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $54,190.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $167,615.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $2,725,852.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*                                    + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $221,831.49   + 91b. | $2,725,852.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,947,683.49 |

---

| ITEM DESCRIPTION | AMOUNT ON HAND | ESTIMATED MARKET VALUE |
|---|---|---|
| Wood Infant High Chairs | 6 | $180 |
| Assorted Filing Cabinets | 7 | $350 |
| Assorted Bar Stools | 20 | $600 |
| Assorted Office Desk Chairs | 7 | $280 |
| Assorted Office Desks | 7 | $700 |
| Assorted Sofas | 6 | $600 |
| Assorted Wall Mirrors | 4 | $200 |
| Shuffleboard Game Table | 1 | $400 |
| Poker Table & 8 Chair Set | 1 | $300 |
| Rectangular High Top Wood Table | 2 | $400 |
| High Top Table Chair | 16 | $480 |
| Four-Top Bar Dining Table | 6 | $900 |
| Fourt-Top Bar Dining Table Chair | 24 | $720 |
| Round Patio Exterior Tables | 6 | $600 |
| Patio Exterior Chairs | 24 | $600 |
| Locker Room Lounge Table | 7 | $700 |
| Locker Room Lounge Table Chair | 31 | $930 |
| Assorted Paintings & Wall Décor | 20 | $3,000 |
| Assorted Large Decorative Vases & Pots | 3 | $180 |
| Small Plastic Utility Table | 3 | $30 |
| Assorted Ornamental Table | 8 | $400 |
| Outdoor Pool Lounge Chair | 1 | $30 |
| Assorted Decorative Wall Clocks | 3 | $180 |
| Patio Outdoor Heater | 1 | $100 |
| Assorted Banquet Ornaments | 120 | $1,200 |
| Assorted Seasonal Ornaments | 80 | $800 |
| Dining Room Wooden Square Table | 18 | $2,160 |
| Dining Room Chair | 50 | $3,000 |
| Large Rectangular Dining Table | 2 | $500 |
| Large Round Dining Table | 3 | $900 |
| 4-Foot Rectangular Banquet Table | 7 | $560 |
| Serpentine (Semi-Circular) Banquet Table | 4 | $600 |
| 6-Foot Banquet Round Table | 28 | $3,360 |
| 6-Foot Rectangular Buffet Table | 5 | $600 |
| 5-Foot Banquet Round Table | 6 | $600 |
| 4-Foot Banquet Round Table | 2 | $180 |
| Banquet Chair With Cover | 384 | $5,760 |
| Portable Laminate Dance Floor | 1 | $600 |
| 6-Foot Plastic Tables | 8 | $320 |
| | | |
| **TOTAL VALUE** | | **$34,000** |

EXHIBIT 1

| ITEM DESCRIPTION | AMOUNT ON HAND | ESTIMATED MARKET VALUE |
|---|---|---|
| Assorted Flat Screen Televisions | 20 | $3,000 |
| Wireless Bluetooth Speakers | 4 | $120 |
| Assorted Projectors | 2 | $500 |
| Assorted Small Office Printers | 4 | $200 |
| Assorted EPSON Order Printers | 5 | $500 |
| Assorted Projectors Screens | 2 | $160 |
| Assorted EPSON Receipt Printers | 5 | $500 |
| Russound Audio Amplifiers | 2 | $500 |
| Biometric Time Clocks | 4 | $600 |
| Assorted Network Switches | 7 | $2,100 |
| Hewlett-Packard Server Computer | 1 | $500 |
| Computers | 14 | $3,500 |
| Assorted Computer Monitors | 9 | $360 |
| Micros Touchscreen Computers | 6 | $600 |
| Canon iR-ADV C5235 Large Office Printer | 1 | $2,000 |
| **TOTAL VALUE** | | **$15,140** |

| ITEM BRAND | MODEL NUMBER | ITEM DESCRIPTION | AMOUNT ON HAND | ESTIMATED MARKET VALUE |
|---|---|---|---|---|
| TRUE | GDM-12 | One-Section Glass Door Refrigerator | 1 | $150 |
| ASBER | ARF-23 -HF | One-Section Reach-In Freezer | 1 | $700 |
| TRI-STAR | TSF-3540-N | Gas Deep Fryer | 2 | $400 |
| TRI-STAR | N/A | Flat Top Griddle | 1 | $200 |
| TRI-STAR | N/A | Charbroiler | 1 | $200 |
| FRIDGCON | FPP-44 | One-Door Refrigerated Pizza Prep Table 44" | 1 | $350 |
| FRIDGCON | FPP-67 | Two-Door Refrigerated Pizza Prep Table 67" | 1 | $450 |
| AMANA | RCS10DSE | Medium-Duty Microwave Oven | 1 | $200 |
| RANDELL | 2010M | 23 Cu Ft Reach-In Single Door Refrigerator | 1 | $750 |
| AMERICAN RANGE | N/A | Heavy Duty Restaurant Range With Oven | 2 | $1,200 |
| VULCAN | VC44 | Double Full Size Electric Convection Oven | 2 | $7,000 |
| CLEVELAND | 22CET3.1 | 3-Pan Convection Steamer | 1 | $1,500 |
| MANITOWOC | KDT0700A-261 | Ice Maker | 1 | $2,500 |
| MANITOWOC | SD1472C-161 | Ice Maker | 1 | $750 |
| FOLLETT | SG1300S-48 | 48" Ice Bin 1320 lbs Capacity | 2 | $1,600 |
| AMERICAN BEVERAGE EQUIPMENT | EXTRA 1/2 HP | 1/2 Horsepower Electric Glycol Chiller System | 1 | $2,000 |
| RANDELL | 2010FM | Reach-In Single Wide Door 24 Cu Ft Freezer | 1 | $800 |
| TRUE | TS-49 | Two Section Reach In Refrigerator | 2 | $1,800 |
| HOBART | 2612 | Commercial Deli Meat Slicer | 1 | $600 |
| ROBOT COUPE | R301 ULTRA | 3-1/2 Qt. Standard Food Processor | 1 | $400 |
| HOBART | K45SS | 10 Speed Solid State Stand Mixer | 1 | $100 |
| WARING | WCT708 | Commercial Slot Toaster With 4 Slice Capacity | 1 | $50 |
| UNIVEX | SRM20 | 20-Quart Planetary Stand Mixer | 1 | $750 |
| HOBART | H600 | 60-Quart Stand Mixer | 1 | $2,000 |
| ITALFORNI | N/A | Stone Conveyor Pizza Oven | 1 | $3,500 |
| IMPERIAL | PCVG-1 | Single Full Size Natural Gas Convection Oven | 1 | $1,500 |
| CARTER HOFFMAN | N/A | Heated Banquet Cabinet | 2 | $1,500 |
| TRUE | T-49 | Two Section Reach In Refrigerator | 1 | $900 |
| TRUE | TSSU-72-30M-B-ST | 72" Sandwich & Salad Refrigerated Prep Table | 1 | $1,200 |
| KENMORE | 110.22622100 | Washing Machine | 1 | $100 |
| KENMORE | 110.60202990 | Dryer Machine | 1 | $100 |
| CRES-COR | Crown X | Insulated Warm/Cool Food Holding Cabinet | 3 | $1,200 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| RANDELL | 9303-7 | 48" Dual Door Sandwich & Salad Prep Cooler | 1 | $750 |
| PERLICK | FR36 | 36" 142 Glass Underbar Glass and Plate Chiller | 1 | $750 |
| PERLICK | BBS60-RT | 2-Door Refrigerated Back Bar Storage Cabinet | 2 | $1,900 |
| ADCRAFT | N/A | Hot Dog Roller Grill | 1 | $100 |
| RANDELL | 9802-7M | 36" Refrigerated Counter & Work Top | 1 | $350 |
| PARAGON INTERNATIONAL | 1911 | Popcorn Machine | 1 | $150 |
| TRUE | TDD-1 | 24" Kegerator Beer Dispenser With 1-Keg Capacity | 2 | $700 |
| TRUE | TM-52 | 52 Cu Ft Commercial Refrigerator Solid 2-Door | 1 | $900 |
| HOSHIZAKI | KM-901MRJ | Ice Maker | 1 | $750 |
| FRIGIDAIRE | FFCE1655US | 1.6 Cu. Ft. Countertop Microwave Oven | 1 | $50 |
| CHEF'S CHOICE | N/A | Food Warmer | 1 | $50 |
| TRUE | T-49DT-4 | 54" Two Section Commercial Refrigerator Freezer | 1 | $1,500 |
| Panasonic | NN-SB658S | 1.3 Cu Ft 1100W Microwave Oven | 1 | $50 |

| | |
|---|---|
| **TOTAL VALUE** | **$44,450** |

EXHIBIT 3

| ITEM DESCRIPTION | AMOUNT ON HAND | ESTIMATED MARKET VALUE |
|---|---|---|
| Assorted Handwashing Sinks | 4 | $400 |
| Assorted Dishwashing Sinks | 6 | $1,500 |
| Assorted Tablecloths | 30 | $30 |
| Half Sheet Aluminum Baking Pans | 30 | $60 |
| Full Sheet Aluminum Baking Pans | 140 | $560 |
| Assorted Plastic Dishwashing Racks | 45 | $450 |
| Assorted Plastic Bus Tubs | 15 | $45 |
| Assorted Cooking Utensils (Tongs, Whisks, Spoons, Ladles, Spatulas & Graters) | 200 | $400 |
| Assorted Utility Carts With Wheels | 8 | $320 |
| Assorted Dinner Plates | 350 | $700 |
| Assorted Salad Plates | 300 | $450 |
| Assorted Coffee Cups | 300 | $300 |
| Assorted Bread Plates | 300 | $300 |
| Assorted Fruit Cups | 300 | $300 |
| Assorted Cooking Pans | 20 | $160 |
| Assorted Cooking Pots | 20 | $200 |
| Assorted Cooking Skillets | 60 | $240 |
| Assorted Server Trays | 30 | $180 |
| Assorted Strainers | 10 | $60 |
| Assorted Plastic Storage Containers | 50 | $300 |
| Assorted Metal Mixing Bowls | 15 | $90 |
| Utility Floor Fans | 2 | $80 |
| Assorted Janitorial Supplies (Mops, Brooms, Dustpans, Buckets) | 20 | $40 |
| Assorted Glassware | 700 | $1,400 |
| Assorted Fryer Baskets | 6 | $120 |
| Assorted Plastic Cutting Boards | 15 | $60 |
| Assorted Buffet Ceramic Ware | 100 | $300 |
| Assorted Metal Shelves | 40 | $1,000 |
| Assorted Speed Racks | 10 | $200 |
| Assorted Plastic Garbage Cans | 10 | $200 |
| Assorted Stainless Steel Work Tables | 15 | $1,500 |
| Assorted Pitchers | 25 | $50 |
| Assorted Stainless Steel Coffee Creamers | 20 | $40 |
| Assorted Stainless Steel Silverware | 1500 | $1,500 |
| Assorted Stainless Steel Chafers | 20 | $600 |
| Assorted Heat Lamps | 5 | $150 |
| Bar Stainless Steel Ice Bin | 1 | $150 |
| Assorted Dunnage Racks | 6 | $180 |
| Assorted Rubber Floor Mats | 10 | $150 |
| Assorted Utility Ladders | 3 | $120 |
| Assorted Vacuum Cleaners | 3 | $150 |

EXHIBIT 4

| TOTAL VALUE | $15,035 |
|---|---|

EXHIBIT 4

| BRAND | MODEL NUMBER | SERIAL NUMBER | ESTIMATED MARKET VALUE |
|---|---|---|---|
| TORO | 3250 D Greensmaster | 311000563 | $2,500 |
| TORO | 3250 D Greensmaster | 314004031 | $2,500 |
| TORO | Multipro 5700 Spray Rig | 8C3332 | $2,000 |
| TORO | Rimster 3100 D Sidewinder | 280000398 | $4,500 |
| TORO | Sandpro 5040 | 401034394 | $2,500 |
| TORO | Groundmaster 360 | 31100405 | $3,000 |
| TORO | Reelmaster 5510 | 312000434 | $6,500 |
| TRU TURF | Roller RS48-11D | R12832 | $4,000 |
| TORO | Groundmaster 4500 | 3120005004 | $2,000 |
| TORO | Procore 648 | 314000405 | $8,000 |
| KUBOTA | L4630 | 33700 | $6,500 |
| PROGRESSIVE | Proflex 120 Rotary Mower | 16272209 | $4,000 |
| TORO | Reelmaster 5510 | 316001214 | $6,500 |
| TORO | ProPass 200 | 312000320 | $325 |
| KUBOTA | ZD326HL Lawn Mower | 10473 | $5,000 |
| JOHN DEERE | 5220 Tractor | 52205222280 | $4,000 |
| JOHN DEERE | 970 Tractor | CH4045D015994 | $3,000 |
| 1ST PRODUCTS | AERA-vator | 683 | $200 |
| TORO | Workman MDX | 315000905 | $500 |
| TORO | Workman MDX | 315000906 | $500 |
| TORO | Workman MDX | 315000833 | $500 |
| TORO | Workman | 220000456 | $500 |
| N/A | Dump Trailer | N/A | $1,500 |
| N/A | Black Trailer | N/A | $500 |
| | | **TOTAL VALUE** | **$71,025** |

EXHIBIT 5

| ITEM BRAND | MODEL NUMBER | ITEM DESCRIPTION | AMOUNT ON HAND | ESTIMATED MARKET VALUE |
|---|---|---|---|---|
| Precor | C776i | Climbing Machine | 1 | $600 |
| Detecto | 3P70 | Physician Scale | 3 | $300 |
| Star Trac | N/A | Spinning Indoor Bicycle | 13 | $3,900 |
| Technogym | N/A | Cable Crossover Machine | 1 | $1,000 |
| Technogym | N/A | Smith Machine | 1 | $1,000 |
| Technogym | N/A | Chest Press Machine | 1 | $1,000 |
| Technogym | N/A | Incline Press Machine | 1 | $1,000 |
| Technogym | N/A | Pectoral Fly/Rear Deltoid Fly Machine | 1 | $1,000 |
| Technogym | N/A | Seated Dip Machine | 1 | $1,000 |
| Technogym | N/A | Shoulder Press Machine | 1 | $1,000 |
| Concept | N/A | Seated Indoor Rowing Machine | 1 | $1,000 |
| Technogym | N/A | Lat Pulldown Machine | 1 | $1,000 |
| Technogym | N/A | Bicep Curl Machine | 1 | $1,000 |
| Technogym | N/A | Standing Calf Machine | 1 | $1,000 |
| Technogym | N/A | Leg Extension Machine | 1 | $1,000 |
| Technogym | N/A | Seated Leg Curl | 1 | $1,000 |
| Technogym | N/A | Inner Thigh Machine | 1 | $1,000 |
| Technogym | N/A | Seated Abdominal Machine | 1 | $1,000 |
| Precor | N/A | Prone Ab Bench Machine | 1 | $600 |
| Precor | N/A | Body Stretch Machine | 2 | $800 |
| Precor | N/A | Knee Raise Machine | 1 | $700 |
| Precor | N/A | Decline Bench | 1 | $200 |
| Precor | N/A | Incline Bench | 1 | $200 |
| Precor | N/A | Flat Bench | 1 | $200 |
| Freemotion | DVRS | Treadmill Incline Trainer | 4 | $4,000 |
| Precor | EFX 546i | Elliptical Trainer | 3 | $3,000 |
| Stairmaster | 3800RC | Recumbent Bicycle | 1 | $700 |
| Star Trac | E-RB | Recumbent Bicycle | 1 | $900 |
| Precor | AMT 885 | Climbing Machine | 2 | $2,000 |
| Technogym | N/A | Climbing Machine | 1 | $1,000 |
| | | | TOTAL VALUE | $34,100 |

EXHIBIT 6

| ITEM DESCRIPTION | AMOUNT ON HAND | ESTIMATED MARKET VALUE |
|---|---|---|
| Medicine Balls | 3 | $30 |
| Dumbbells | 40 | $400 |
| TRX Cords | 1 | $30 |
| Yoga Mats | 6 | $30 |
| Wrestling Mats | 12 | $600 |
| Yoga Blocks | 6 | $30 |
| Punching Bags | 2 | $60 |
| Resistance Bands | 6 | $30 |
| Swimming Kick Boards | 10 | $100 |
| Tennis Ball Baskets | 2 | $50 |
| Yoga Balls | 9 | $45 |
| Weight Racks | 2 | $800 |
| Barbell Power Rack | 1 | $800 |
| **TOTAL VALUE** | | **$3,005** |

EXHIBIT 7

**Fill in this information to identify the case:**

Debtor name **Black Diamond Developers, L.P.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | |
|---|---|---|
| **2.1** | **FGMS Holdings, LLC** Creditor's Name | Describe debtor's property that is subject to a lien **Real property and improvements at Cimarron Country Club Sections 1 - 4, Phase I Golf Course & Clubhouse Areas Exc 0.903 AC AN IRR TRS & ADJ LT 15 & Lot 1 Blk 34 Sec 3 Phase 1 and at Palm Valley Groves, Inc.** |

**8401 Datapoint Dr., Suite 1000
San Antonio, TX 78229**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
4/28/2022**

**Last 4 digits of account number
4077**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$77,775.41**   Column B: **$2,355,873.00**

| | | |
|---|---|---|
| **2.2** | **Hidalgo County Tax Assessor** Creditor's Name | Describe debtor's property that is subject to a lien **Real property and improvements at Palm Valley Groves, Inc. UT 2 E12.203 AC-W 31.484AC & E2.46AC 14.663AC Net** |

**P.O. Box 178
Edinburg, TX 78540**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022**

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$8,848.33**   Column B: **$346,057.00**

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor **Black Diamond Developers, L.P.**     Case number (if known) _____
    Name

**Last 4 digits of account number**
**0000**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3**   **Hidalgo County Tax Assessor**
Creditor's Name

P.O. Box 178
Edinburg, TX 78540
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**0000**

Describe debtor's property that is subject to a lien     **$60,237.31**     **$2,355,873.00**
**Real property and improvements at Cimarron Country Club Sections 1 - 4, Phase I Golf Course & Clubhouse Areas Exc 0.903 AC AN IRR TRS & ADJ LT 15 & Lot 1 Blk 34 Sec 3 Phase 1**

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4**   **Hidalgo County Tax Assessor**
Creditor's Name

P.O. Box 178
Edinburg, TX 78540
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021 and 2022**
**Last 4 digits of account number**
**0010**

Describe debtor's property that is subject to a lien     **$19,502.86**     **$44,450.00**
**Restaurant and bar machinery and large equipment (See Exhibit 3)**

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.5**   **Hidalgo County Tax Assessor**

Describe debtor's property that is subject to a lien     **$484.89**     **$23,922.00**

---

Debtor **Black Diamond Developers, L.P.**                    Case number (if known) _____
Name

| Creditor's Name | |
| --- | --- |
| **John Shary 8.86 acres Lot 142** | |

**P.O. Box 178**
**Edinburg, TX 78540**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**
**1420**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$166,848.80**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Ovation Services, LLC**<br>**P.O. Box 8549**<br>**Pompano Beach, FL 33065-8549** | Line **2.1** | **4077** |

**Fill in this information to identify the case:**

Debtor name   **Black Diamond Developers, L.P.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

                                                               **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Homeowners' Association of Cimarron, Inc**
c/o Peralez Franz LLP
1416 Dove Ave.
McAllen, TX 78504

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Alleged damages, costs and attorney's fees in declaratory judgment lawsuit**

Is the claim subject to offset? ☐ No ■ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph F. Phillips**
c/o Earl & Associates, PC
10007 Huebner Rd., Suite 303
San Antonio, TX 78240

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Alleged damages, costs and attorney's fees in declaratory judgment lawsuit**

Is the claim subject to offset? ☐ No ■ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Keith Moore**
c/o Peralez Franz, LLP
1416 Dove Ave.
McAllen, TX 78504

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Alleged damages, costs and attorney's fees in declaratory judgment lawsuit**

Is the claim subject to offset? ☐ No ■ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Moore, Lyles, McCarty & McGilvray, LLC**
501 W. Nolana Avene
McAllen, TX 78504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Black Diamond Developers, L.P.**
_____
Name

Case number (if known) _____

**List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,500.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,500.00 |

Fill in this information to identify the case:

Debtor name   **Black Diamond Developers, L.P.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
  ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Gross lease of real property and improvements for country club operation** |
| | State the term remaining | **8 years** |
| | List the contract number of any government contract | **CCC Operations** 2807 Santa Erica Street Mission, TX 78572 |

**Fill in this information to identify the case:**

Debtor name **Black Diamond Developers, L.P.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*  *Column 2: Creditor*

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Black Diamond Developers, L.P.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 3, 2022**         x _Pilar Sue Kamel_
                                            Signature of individual signing on behalf of debtor

**Maria del Pilar Kamel**
Printed name

**Member Black Diamond Developers GP, LLC, its general partner**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors