IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLACK DIAMOND DEVELOPERS, LP, et al,[1] | § | CASE NO. 22-70179 |
| | § | (Chapter 11) |
| Debtor. | § | (Jointly Administered) |

### DEBTORS' MOTION FOR ENTRY OF FINAL DECREE

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED UPON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT RECEIVED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE EDUARDO V. RODRIGUEZ, U.S. BANKRUPTCY JUDGE:

COME NOW, BLACK DIAMOND DEVELOPER, LP AND CCC OPERATIONS, LLC (Collectively referred to as the "Debtors"), and make this their Debtors' Motion for Entry of Final Decree as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core matter under 28 U.S.C. § 157(b)(2)(A). If it is determined that the bankruptcy judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Black Diamond Developer, LP (6068) and CCC Operations, LLC (2796) (Collectively referred to as the "Debtors").

1

does not have the constitutional authority to enter a final order or judgment in this matter, the Debtors consent to the entry of a final order or judgment by this Court in this matter.

2. The Court has ordered the Debtors to file a motion for entry of the Final Decree pursuant to 11 U.S.C. § 1106(a)(7) and Fed. R. Bankr. P. 3022. The Debtors' estate has been fully administered. By this Motion, the Debtors request entry of the Final Decree.

DATED:	June 15, 2023	Respectfully submitted,

**THE PROBUS LAW FIRM**

By: /s/ Matthew B. Probus
**Matthew B. Probus**
State Bar No. 16341200
Federal ID 10915
matthewprobus@theprobuslawfirm.com

10497 Town & Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)

*ATTORNEYS FOR THE DEBTORS,*
*BLACK DIAMOND DEVELOPERS, LP*
*AND CCC OPERATIONS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this 15th day of June, 2023, via United States regular mail, postage paid first class, on the U.S. Trustee, creditors, parties of interest, persons requesting notice, parties with an interest in the property, and the unsecured creditors as reflected on the attached exhibit and via electronic mail on all those persons registered to received notices via the Court's ECF/PACER system.

 /s/ Matthew B. Probus
Matthew B. Probus

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-7<br>Case 22-70179<br>Southern District of Texas<br>McAllen<br>Mon Jun 12 12:16:08 CDT 2023 | Black Diamond Developers, LP<br>2807 Santa Erica Street<br>Mission, TX 78572-7185 | CCC Operations, LLC<br>2807 Santa Erica Street<br>Mission, TX 78572-7185 |
| Hidalgo County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Homeowners Association of Cimarron, Inc.<br>c/o Christopher Franz<br>1416 Dove Ave.<br>McAllen, TX 78504-3404 | Ovation Services LLC as agent for FGMS Holdi<br>c/o Mary Elizabeth Heard<br>100 NE Loop 410, Suite 605<br>SAN ANTONIO, TX 78216-4742 |
| Ovation Services, LLC<br>1114 Lost Creek Blvd.<br>Suite 125<br>Austin, TX 78746-6175 | The Probus Law Firm<br>10497 Town & Country Way, Suite 930<br>Houston, TX 77024-1119 | 7<br>United States Bankruptcy Court<br>1133 North Shoreline Blvd #208<br>Corpus Christi, TX 78401-2042 |
| ALSCO<br>4353 Baldwin Blvd.<br>Corpus Christi, TX 78408-2705 | Andrea F. Flores<br>2205 N. Dahlia St, Apt 4<br>Pharr, TX 78577-7467 | City of Mission<br>1201 E. 8th Street<br>Mission, TX 78572-5812 |
| Clubessential<br>P.O. Box 936267<br>Atlanta, GA 31193-6267 | Coritas Produce, LLC<br>2501 W. Military Hwy, Suite B-26<br>McAllen, TX 78503-8944 | Eduardo Leal<br>1109 N. Dunlap Ave., Unit C<br>Mission, TX 78572-3918 |
| FGMS Holdings, LLC<br>8401 Datapoint Dr., Suite 1000<br>San Antonio, TX 78229-5926 | First Insurance Funding<br>P.O. Box 7000<br>Carol Stream, IL 60197-7000 | Green Out Pool Service<br>8049 N. Bentsen Palm Drive<br>Mission, TX 78574-1548 |
| Hidalgo County Tax Assessor<br>P.O. Box 178<br>Edinburg, TX 78540-0178 | Homeowners' Association of Cimarron, In<br>c/o Peralez Franz LLP<br>1416 Dove Ave.<br>McAllen, TX 78504-3404 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Joseph F. Phillips<br>c/o Earl & Associates, PC<br>10007 Huebner Rd., Suite 303<br>San Antonio, TX 78240-1646 | Joseph Phillips<br>109 Rio Grande Dr.<br>Mission, TX 78572-7418 | Keith Moore<br>c/o Peralez Franz, LLP<br>1416 Dove Ave.<br>McAllen, TX 78504-3404 |
| Kurita America, Inc.<br>P.O. Box 851361<br>Minneapolis, MN 55485-1361 | MetroTech<br>3700 N. 10th St., Suite 330<br>McAllen, TX 78501-2197 | Miguel Kamel Aboumrad<br>2807 Santa Erica Street<br>Mission, TX 78572-7185 |
| Moore, Lyles, McCarty & McGilvray, LLC<br>501 W. Nolana Avene<br>McAllen, TX 78504-3029 | Office of the U.S. Trustee<br>606 N. Carancahua, Suite 1107<br>Corpus Christi, TX 78401-0680 | Ovation Services LLC as agent for<br>FGMS Holdings LLC<br>c/o M.E. Heard, Attorney, PLLC<br>100 NE Loop 410, Suite 605<br>San Antonio, TX 78216-4742 |

Ovation Services, LLC
P.O. Box 8549
Pompano Beach, FL 33075-8549

POS Portal
180 Promenade Circle, Suite 215
Sacramento, CA 95834-2940

Pepsi Beverages Company
1601 N. International Blvd.
Hidalgo, TX 78557-2543


Pico Propane
307 E. 10th Street
Del Rio, TX 78840-3913

Polar Air
1600 W. Mozelle Street
Pharr, TX 78577-7449

Rackspace US, Inc.
1 Fanatical Place
City of Windcrest
San Antonio, TX 78218-2179


Reliant Energy
P.O. Box 1532
Houston, TX 77251-1532

Skill Kill Pest Control
900 East Pebble Drive
Mission, TX 78574-1745

Spectrum
P.O. Box 60074
City of Industry, CA 91716-0074


Texas Alarm Service
5208 N. 10th Street, Suite 155
McAllen, TX 78504-2701

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121-9913


Texas Golf Association
16200 Addison Road, Suite 150
Addison, TX 75001-5329

Texas Workforce Commission
P.O. Box 149137
Austin, TX 78714-9137

The Huntington National Bank
P.O. Box 77077
Minneapolis, MN 55480-7777


The Water Store, LLC
325 Nolana Ave.
McAllen, TX 78504-2514

US Trustee
606 N Carancahua
Corpus Christi, TX 78401-0680

United ID
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428


United Irrigation District
P.O. Box 877
Mission, TX 78573-0014

Xtreme Technologies
7017 N. 10th Street
Suite N2-120
McAllen, TX 78504-3287

Catherine Stone Curtis
McGinnis Lochridge
P.O. BOX 720788
McAllen, TX 78504-0788


Matthew Brian Probus
The Probus Law Firm
10497 Town & Country Way, Suite 930
Houston, TX 77024-1119


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Ogden, UT 84201-0038

Texas Comptroller of Public Accounts
P.O. Box 149359
Austin, TX 78714-9359

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Kurita America, Inc. | (u)Texas Comptroller of Public Accounts Reven | (u)The Huntington National Bank |
| (d)CCC Operations<br>2807 Santa Erica Street<br>Mission, TX 78572-7185 | (d)Hidalgo County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     5<br>Total                  56 |