UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| In re: | Case No. 22-70179-EVR |
|---|---|
| BLACK DIAMOND DEVELOPERS, LP | |
| Debtor | |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Catherine S. Curtis, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  A plan was confirmed on 5/22/2023.  No plan payments were made to the trustee.  According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a) [or 11 U.S.C. 586(e)(5), as applicable], on 7/13/2023 the Court ordered compensation of $1,760.16 be awarded to the trustee.  These funds have been paid by the debtor to the trustee.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.

Date:  8/14/2024            By:  /s/Catherine S. Curtis
                                   Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR E**